**DISMISS and Opinion Filed July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01222-CV

## IN THE INTEREST OF D.C. AND Q.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01053-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's amended motion to withdraw the appeal. Appellant has

informed the Court that she is unable to continue with the appeal. We grant appellant's amended

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

141222F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.C. AND Q.C., CHILDREN

No. 05-14-01222-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-01053-2013.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered July 13, 2015.